USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-2-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TEAMSTERS AIRLINE DIVISION,

                            Appellant,                  09 Civ. 343 (PKC)

    -against-                                        ORDER

FRONTIER AIRLINES, INC.,

                            Appellee.
-----------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

        Assuming that 11 U.S.C. § 1113 is read to prohibit a court's consideration of modification proposals made after a rejection hearing commences, was evidence introduced at the hearing concerning post-commencement proposals? For what purpose was it introduced? Did the Union offer any such evidence? Did it object to any such evidence offered by Frontier? Has the Union preserved the issue for review by this Court?

        The parties are directed to address these issues in letter briefs to the Court by June 15, 2009. Oral argument on all issues will be held on June 30, 2008 at 3:30 p.m.

        SO ORDERED.

                                                  P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
         June 1, 2009